THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADAM A. JAMISON, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [3 NYS3d 700]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lindley, Sconiers and Whalen, JJ.

JODI HAUSRATH, as Administratrix for the Estate of ANTOINETTE ADIMEY, Deceased, et al., Respondents, v PHILLIP MORRIS USA, INC., et al., Defendants, and LIGGETT GROUP, INC., Now Known as BROOKE GROUP, LTD., et al., Appellants. [3 NYS3d 710]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lindley, Sconiers and Whalen, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. HOLMES, Appellant. [3 NYS3d 709]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Criminal Possession of a Weapon, 2nd Degree). Present—Scudder, P.J., Smith, Carni, Sconiers and Whalen, JJ.